B6D (Official Form 6D) (12/07)

In re  **Hudgins Holdings, LLC**                                      Case No.  **13-74158-bem**
                                    Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| ACCOUNT NO.<br><br>David Dickerson<br>c/o R. Bruce Russell Sr., Atty<br>PO Box 1202<br>Clayton, GA 30525 | | | N A | 12/23/2008<br><br>Materialman's Claim of Lien<br><br>4065 Blalock Goldmine Road, Clayton, Georgia  (Rabun County)<br><br>VALUE  $2,128,873.00 | | | | $70,000.00 | $70,000.00 |
| ACCOUNT NO.<br><br>Henry County Tax Commissioner<br>140 Henry Parkway<br>McDonough, GA 30253 | | | N A | real property taxes back taxes<br><br>$21,015.46 - 125 Westridge Industrial<br>$70,561.07 @ 223 -241 McDonough Pkwy<br>$34,069.29 @ 363 -371 McDonough Pkwy<br><br>VALUE  $0.00 | | X | | $125,645.82 | $125,645.82 |

Sheet 1 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                                                                     Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Hudgins Holdings, LLC** / Debtor(s)  Case No. **13-74158-bem**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Heritage Bank <br> PO Box 935 <br> Jonesboro, GA 30237 | X | NA | November 20, 2003 (original note) <br><br> security deed <br><br> 125 Westridge Industrial Pkwy, McDonough Georgia (Henry County) <br> 3.19 acres commercial development <br><br> VALUE  $4,000,000.00 | | | | $3,499,040.69 | $0.00 |
| ACCOUNT NO. x1475 <br><br> Peoples Bank <br> PO Box 1805 <br> Covington, GA 30015 | | NA | January 8, 2013 renewal <br><br> Mortgage <br><br> 363-371 McDonough Parkway, McDonough, Georgia (Henry County) <br> 1.43 commercial development - warehouse <br><br> VALUE  $525,000.00 | | | | $208,264.85 | $0.00 |
| ACCOUNT NO. x1473 <br><br> Peoples Bank <br> PO Box 1805 <br> Covington, GA 30015 | | NA | January 8, 2013 renewal <br><br> 223-241 McDonough Parkway, McDonough, Georgia (Henry County) <br> 2.39 acres commercial development - warehouse <br><br> VALUE  $1,050,000.00 | | | | $205,841.63 | $0.00 |

Sheet 2 of 4 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Hudgins Holdings, LLC**  
Debtor(s)

Case No.  **13-74158-bem**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **x1472**<br><br>Peoples Bank<br>PO Box 1805<br>Covington, GA 30015 | | NA | January 8, 2013 renewal<br><br>223-241 McDonough Parkway, McDonough, Georgia (Henry County)<br>2.39 acres commercial development - warehouse<br><br>VALUE $1,050,000.00 | | | | $637,262.68 | $0.00 |
| ACCOUNT NO. **x1474**<br><br>Peoples Bank<br>PO Box 1805<br>Covington, GA 30015 | X | NA | January 8, 2013 renewal<br><br>Mortgage<br><br>363-371 McDonough Parkway, McDonough, Georgia (Henry County)<br>1.43 commercial development - warehouse<br><br>VALUE $525,000.00 | | | | $258,203.28 | $0.00 |
| ACCOUNT NO.<br><br>Roundpoint Mortgage<br>5032 Parkway Plaza Boulevard<br>Suite 200<br>Charlotte, NC 28217 | X | NA | July 31, 2007 (w/Rockbridge Comm Bank)<br><br>Mortgage<br><br>4065 Blalock Goldmine Road, Clayton, Georgia (Rabun County)<br><br>VALUE $2,128,873.00*<br>Tax Appraised Value | | | X | $2,242,385.42 | $113,512.42 |
| ACCOUNT NO.<br><br>South Georgia Banking Corp.<br>PO Box 2619<br>561 E. Washington Avenue<br>Ashburn, GA 31714 | | NA | security deed<br><br>130.37 acres Cordele Georgia (Crisp County)<br><br>VALUE $300,000.00 | | | | $200,780.63 | $0.00 |
| | | | Total(s)<br>(Use only on last page) | | | | $7,447,425.00 | $309,158.24 |

Sheet 3 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re  **Hudgins Holdings, LLC**  
  Debtor(s)

Case No.  **13-74158-bem**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| United Bank Zebulon Georgia | | | | Security Deed on 100 acres, Lamar County, Georgia  Value of Property $150,000 | | | | (Report also on Summary of Schedules)  $270,000.00 | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)  $120,000.00 |

Sheet 4 of 4 total sheets in Schedule of Creditors Holding Secured Claims