

**IT IS ORDERED as set forth below:**

**Date: October 3, 2014**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

HUDGINS HOLDINGS, LLC,

      Debtor.

CASE NO. 13-74158-BEM

CHAPTER 11

## O R D E R

This matter comes before the Court on the "Motion of Debtor Hudgins Holdings, LLC Pursuant to 11 U.S.C. § 1121(d)(1) for Order Extending for 60 Days, the Time Within Which Debtor May Obtain Acceptance of Its Plan of Reorganization." [Dkt. No. 77.] Having read and considered the motion, it is hereby GRANTED.

Accordingly, it is hereby ORDERED that the exclusive period within which the Debtor may obtain acceptance of creditors of the Debtor's plan of reorganization is extended through and including November 14, 2014.

It is further hereby ORDERED that the United States Trustee and any creditor or other party in interest shall have through and including October 20, 2014, to file a written

objection to the entry of this Order. If an objection is filed, the Court will schedule a hearing on

the Debtor's motion.

The Clerk is directed to serve all creditors in the case.

**END OF ORDER**

## **Distribution List**

Hudgins Holdings, LLC
125 Westridge Indus. Blvd
Suite 200
McDonough, Ga 30253

James L. Paul
Chamberlain, Hrdlicka, White et al
34th Floor
191 Peachtree Street NE
Atlanta, GA 30303-1410

Chamberlain Hrdlicka White Williams and
Martin
Attn: William L. Pratt
191 Peachtree Street, N.E.
Thirty-Fourth Floor
Atlanta, GA 30303

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303