**IT IS ORDERED as set forth below:**

**Date: August 7, 2015**

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: HUDGINS HOLDINGS, LLC )<br>)<br>DEBTOR.   )<br>_____ )<br>HUDGINS HOLDINGS, LLC )<br>)<br>MOVANT/DEBTOR, )<br>)<br>v.   )<br>)<br>2010-3 SFR-VENTURE LLC, )<br>)<br>RESPONDENT. )<br>_____ ) | CHAPTER 11<br>CASE NO. 13-74158-BEM<br><br><br><br><br><br>CONTESTED MATTER:<br>MOTION TO VALUE |

**CONSENT ORDER ON "MOTION OF DEBTOR FOR VALUATION OF REAL PROPERTY [4065 BLALOCK GOLDMINE ROAD, CLAYTON, RABUN COUNTY, GEORGIA]"FILED MAY 5, 2015 [ECF NO. 105]**

Debtor Hudgins Holdings, LLC ("Debtor Hudgins Holdings") filed

"Debtor's "*Motion of Debtor for Valuation of Real Property [4065 Blalock*

*Goldmine Road, Clayton, Rabun County, Georgia]*" ("Motion to Value") seeking to value Debtor's single family residence located 4065 Blalock Goldmine Road located on approximately two lots at Lake Burton Shores Subdivision, which certain portion of the property fronts Lake Rabun, Clayton, Rabun County, Georgia ("Property") and which Property is subject to a lien held by 2010-3 SFR Venture, LLC ("SFR/RoundPoint") on May 5, 2015. [ECF No. 105.] On May 5, 2015, Debtor Hudgins Holdings served the Motion to Value on the United States Trustee, SFR/Roundpoint and all parties in interest. [ECF No. 105.] No objection to the Motion to Value has been filed by any creditor or party at interest.

On June 26, 2015, the Parties agreed to a Scheduling Order entered June 30, 2015 [ECF No. 110] requiring the parties to exchange appraisals by July 13, 2015. On May 5, 2015, Debtor Hudgins Holdings filed an application for an order authorizing employment of Thomas C. Carson, PhD, MAI and Peach Appraisal Group, as appraiser. [ECF No. 103.] Debtor Hudgins Holdings' appraiser appraised the Property at $2,900,000. Respondent SFR/Roundpoint did not obtain an appraisal. Thus, the exchange of appraisals pursuant to the Scheduling Order did not occur. Debtor Hudgins Holdings and Respondent SFR/Roundpoint have now agreed that the Property will be valued at the amount established by Debtor's appraiser, to wit: $2,900,000.

On the consent of Debtor Hudgins Holdings and Respondent SRF/Roundpoint, through signatures of their respective counsel consenting to this Order, and for additional cause shown, the Court **FINDS, CONCLUDES,** and **ORDERS** as follows:

1) Jurisdiction is proper in this Court pursuant to 11 U.S.C. § 506 and 28 U.S.C. §§ 157 and 1334. This Motion constitutes a core proceeding under 28 U.S.C. § 157(b)(2).

2) As agreed between the parties, the value of Debtor's Property located at 4065 Blalock Goldmine Road, Clayton, Georgia as described on Exhibit "A" attached hereto, is valued for all purposes in this Chapter 11 Case at $2,900,000.

### END OF DOCUMENT

*[Consent of counsel on following page]*

| | |
|---|---|
| **PREPARED BY AND CONSENTED TO BY:** | **WE CONSENT:** |
| /s/ *Jimmy L. Paul* | /s/ *Bret Chaness* |
| JIMMY L. PAUL | LISA F. CAPLAN |
| *Georgia Bar No. 567600* | *Georgia Bar No. 001304* |
| DREW V. GREENE | BRET CHANESS |
| *Georgia Bar No. 940511* | *Georgia Bar No. 720572* |
| *Counsel for Debtor Hudgins Holdings, LLC* | *Counsel for 2010-3 SFR Venture, LLC* |
| Chamberlain Hrdlicka White Williams & Aughtry | Rubin Lubin, LLP |
| 191 Peachtree St., NE, 34th Fl. | 3740 DaVinci Court, Suite 150 |
| Atlanta, Georgia 30303 | Peachtree Corners, Georgia 30092 |
| (404) 659-1410 | (404) 815-3500 |

2158296_1.

- 4 -

## EXHIBIT A

ALL that tract or parcel of land lying and being in part of Land Lot 104 of the 5th Land District of Rabun County, Georgia, and being more fully described as follows:

Being Subdivision Lot No. 19 and Subdivision Lot No. 35 of Section B of Lake Burton Shores Subdivision more fully described and delineated on plat mde by J. G. King, Georgia Registered Land Surveyor No. 679, dated August 28, 1958 and recorded on Rabun County, Georgia Deed Records in Plat Book 5, Page 222.

Reference is had and mad to said plat and record of same for further description of said lots herein conveyed.

Subject to electric and communication power lines, if same encroach upon caption lands.

Lot No. 35 is subject to eception of rights of Georgia Power Company to flood any portion of said lot up to and below 1866 feet above sea level and remove thing or things form lake bed of Burton Lake.

The Real Property or its address is commonly known as 4065 Blalock Goldmine Road, Clayton, GA 30525.