**IT IS ORDERED as set forth below:**

Date: July 6, 2017

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| HUDGINS HOLDINGS, LLC, ) | CASE NO. 13-74158-BEM |
| ) | CHAPTER 11 |
| Debtor. ) | |
| _____) | |

**FINAL DECREE**

Debtor's Chapter 11 Plan was confirmed on July 12, 2016 and the Order is final. [ECF 189.] On June 7, 2017, Debtor filed its Application for Final Decree, Final Accounting and Report of Substantial Confirmation [ECF 203, 204] showing

all payments required under the Plan have commenced on or about July 2016, all property required to be transferred under the Plan has been transferred, Debtor has assumed management of the property dealt with by the Plan, and all motions and contested matters have been resolved.  It is ORDERED that the Clerk shall close the Chapter 11 case of Debtor Hudgins Holdings, LLC.


**PREPARED AND PRESENTED BY:**


*/s/ Jimmy L. Paul*
JIMMY L. PAUL
*Georgia Bar No. 567600*

Chamberlain Hrdlicka White Williams & Aughtry
191 Peachtree St., NE - 46th Floor
Atlanta, Georgia  30303
(404) 689-1410
(404)  659-1852 (facsimile)
Jimmy.paul@chamberlainlaw.com